523 A.2d 1103

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Dean CHACKER, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 1987.

## ORDER OF COURT

PER CURIAM.

AND NOW, this 16th day of March, 1987, Petitioner's motion for permission to file a *pro se* supplemental petition for allocatur is hereby granted; and, after full consideration, the petition for allowance of appeal and the *pro se* supplemental petition for allocatur are denied. Petitioner's Motion for Order of Court for Withdrawal of Counsel and Appointment of New Counsel to Represent Petitioner on New Appeal is also denied at this time.